PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Christopher Miller</u>  Case Number: <u>3:99-00148</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge.</u>

Date of Original Sentence: <u>May 15, 2000; Re-sentenced upon revocation of supervised release on December 16, 2010.</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) and 924: Convicted Felon in Possession of a Firearm; 21 U.S.C. §841(a): Possession With Intent to Distribute Cocaine Base.</u>

Original Sentence: <u>121 months' custody, followed by 5 years' supervised release</u>

Revocation Sentence: <u>12 months' custody concurrent with State sentence; 48 months' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Recommenced: <u>March 28, 2011</u>

Assistant U.S. Attorney: <u>Philip H. Wehby</u>  Defense Attorney: <u>Stephanie H. Gore</u>

---

**THE COURT ORDERS:**

[X] No Action
[ ] Submit a Petition for Summons
[ ] Submit a Petition for Warrant
[ ] Other

Considered this 27th day of Aug, 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place   Columbia, Tennessee

Date    August 26, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>   <u>Nature of Noncompliance</u>

**1.**   **<u>The defendant shall not commit another federal, state, or local crime:</u>**

On June 5, 2013, Christopher Miller was arrested by the Metropolitan Nashville Police Department (MNPD), Nashville, Tennessee, and charged with Criminal Contempt - Violation of Order of Protection (GS630294). This case was dismissed on July 11, 2013. According to the Affidavit, an Order of Protection was served on Mr. Miller on April 26, 2013. Ms. Larkin had her telephone number changed due to Mr. Miller not leaving her alone, and between May 1, 2013, at 8:37 p.m. and May 2, 2013, at 4:45 p.m., Mr. Miller had sent text messages to her mother looking for money from Ms. Larkin. In those texts, Mr. Miller threatened to "shoot up" Ms. Larkin's home, and go after her current boyfriend.

**2.**   **<u>The defendant shall not commit another federal, state, or local crime:</u>**

On June 5, 2013, Christopher Miller Lewis was arrested by the Metropolitan Nashville Police Department, Nashville, Tennessee, for Harassment - Cause Emotional Distress, Intimidate, Frighten (GS630295). See above for details of Affidavit. This case was dismissed on July 11, 2013.

### <u>Compliance with Supervision Conditions and Prior Interventions</u>:

Christopher Miller is a resident of Davidson County, Tennessee. He began his original term of supervised release on February 9, 2009. His most recent term of supervised release began March 17, 2011. He is employed with Carlex Glass Company, Nashville, Tennessee. He lives alone in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence, as well as, employment visits. His term of supervision is due to expire on March 16, 2015.

On May 28, 2009, a 12A petition was filed with the Court, by U.S. Probation Officer Jon Hahn, notifying the Court of two positive drug screens for cocaine, as well as the offender's admission to ongoing drug use and an addiction to cocaine. Said petition was signed by U.S. District Judge Robert L. Echols on June 10, 2009, ordering the submission of a request to modify the offender's conditions of supervision to include completion of outpatient treatment at Centerstone.

On January 15, 2010, a 12C petition requesting a warrant was filed with the Court, by U.S. Probation Officer Jon Hahn, notifying the Court that the offender had been arrested in Davidson County on January 12, 2010, for Sale of Cocaine and Possession of Cocaine. Said petition was signed by U.S. District Judge Robert L. Echols on January 15, 2010, ordering the issuance of a warrant.

An amended version of this petition was filed by U.S. Probation Officer Jon Hahn, on November 17, 2010, notifying the Court that on November 4, 2010, the offender had pled guilty in Davidson County Criminal Court to Sale of a Schedule II Substance Over .5 Grams in a Drug Free Zone. The second count was dismissed. The offender was sentenced in Davidson County to 10 years custody, suspended, to serve 12 months, followed by 9 years probation. Said amended petition was signed by U.S. District Judge William J. Haynes, Jr. on November 30, 2010, ordering the inclusion of the additional information to the original petition.

A revocation hearing was held on December 16, 2010, and the offender entered a plea of guilty to the violation alleged in Docket No. 69 (Amended Petition), in Your Honor's court. Upon this guilty plea, the Court ordered the offender's term of supervised release revoked, and he was sentenced to one year incarceration. This term ran concurrently to his state custody term. Additionally, the offender was ordered to serve an additional 48 months of supervised release, with a special condition that he reside at the residential re-entry center for a period of up to 180 days.

Mr. Miller began his second term of supervised release on March 17, 2011.

On August 12, 2011, a 12A petition was submitted notifying the Court Mr. Miller had been unsuccessfully discharged from substance abuse treatment, and unsuccessfully terminated from the residential re-entry center (RRC) on August 9, 2011. At a revocation hearing on September 19, 2011, Mr. Miller was continued on supervision; however his conditions of supervised release were modified to include he be placed on electronic monitoring for a period of 120 days.

On April 26, 2013, Mr. Miller's girlfriend, Valenica Larkin, took out an Order of Protection against him advising that he had threatened her physically.

On May 2, 2013, Ms. Larkin advised Supervisory U.S. Probation Officer (SUSPO) Burton Putman that Mr. Miller had violated the Order of Protection by sending text messages to her and her mother, as well as threatening to kill Ms. Larkin's new boyfriend. Mr. Miller was called into the U.S. Probation Office for a staffing with this officer and SUSPO Putman on May 3, 2013. Mr. Miller advised that his relationship with Ms. Larkin is over and the only reason he was texting her was due to the fact she owed him $150.00. He denied driving around her home and sending threatening text messages to her. He was advised to have no contact whatsoever with Ms. Larkin, her mother, or her current boyfriend.

**U.S. Probation Officer Recommendation:**

The probation officer respectfully recommends the offender be continued on supervised release and that no further action be taken at this time as both cases have been dismissed.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved By: _____
Burton Putman
Supervisory U.S. Probation Officer